UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TAWNYA T.,

            Plaintiff,

   v.

ANDREW SAUL, Commissioner of Social Security,

            Defendant.

No. SACV 18-1421 FFM

JUDGMENT OF REMAND

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order filed concurrently herewith.

DATED: July 9, 2019

                                /S/FREDERICK F. MUMM
                                FREDERICK F. MUMM
                                United States Magistrate Judge